## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

                Plaintiff,

                                                        Case No. 19-40070-HLT

v.

KENNETH SHORTER,

SHIRLEY MOTON,

                Defendants.

_____

### JOINT MOTION FOR MODIFICATION
### OF CONDITION OF PRE-TRIAL RELEASE
_____

COMES NOW defendants Kenneth Shorter and Shirley Moton, by and through undersigned counsel, and moves this Court for an Order modifying the conditions of pretrial release to allow for defendants Shorter and Moton to have contact with each other. In support of this motion, the following is offered:

<u>Suggestions in Support</u>

1. Defendant Shorter and Moton are charged in a multi-count, multi-defendant indictment alleging a drug conspiracy and related crimes. (D.E. 1)

2. Defendants Shorter and Moton are currently in a long term relationship with each other.

3. Both defendants were granted pretrial release with the condition that defendants Shorter and Moton are to avoid contact with each other in addition to numerous other named individuals. (D.E. 18, 26)

4. On or about October 8, 2019 defendant Moton suffered a stroke after being found unresponsive in her home. Moton was transported via life flight to the University of Kansas Medical Center in Kansas City, Kansas (UKMC) where she underwent surgery.

5. Currently defendant Moton suffers from remaining paralysis on the right side of her body and limitations on her ability to speak which will required significant care once she is discharged from UKMC.

6. Upon defendant Moton's discharge from medical care, the parties anticipate that she will live with defendant Shorter who is willing and able to be her primary care taker.

7. Defendants Shorter and Moton request that this Court modify the condition of release prohibiting contact between defendants Shorter and Moton.

8. Assistant United States Attorney Jacobs has been contacted regarding this request and has indicated that the government has no objection to the lifting of the no contact order as it pertains to defendants Shorter and Moton.

WHEREFORE, defendants Kenneth Shorter and Shirley Moton, for the above stated reasons, requests that this Court issues its Order modifying the conditions of pretrial release lifting the no contact order as it pertains to Kenneth Shorter and Shirley Moton, and for any other relief this Court deems just and equitable.

Respectfully submitted,

*/s/ David J. Guastello*
David J. Guastello, KS #22525
811 Grand Blvd., Suite 101
Kansas City, MO 64106
(816) 753-7171
david@guastellolaw.com

*/s/ Angela L. Williams*
Angela L. Williams
4049 Pennsylvania, Suite 201
Kansas City, MO 64111
angie.williams@me.com

Certificate of Service

  I hereby certify that on November 20, 2019, I electronically filed the foregoing motion using the Court's CM/ECF system which will send a notice of electronic filing to all counsel of record.

                 */s/ David J. Guastello*
                 David J. Guastello