# UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

| | |
|---|---|
| **United States v. Henry Clark, *et. al.,*** | **No. 19-cr-40068-HLT-01/09** |
| **United States v. Dontae Patterson, *et. al.,*** | **No. 19-cr-40069-HLT-01/21** |
| **United States v. Kevin Henderson, *et al.,*** | **No. 19-cr-40070-HLT-01/05** |
| **United States v. Christopher Williams, *et. al.,*** | **No. 19-cr-40071-HLT-01/07** |
| **United States v. Paige Jonas *et. al.*,** | **No. 19-cr-40072-HLT-01/04** |
| **United States v. Fredrick Swinson,** | **No. 19-cr-40073-HLT** |
| **United States v. John Thompson,** | **No. 19-cr-40074-HLT** |
| **United States v. Daniel Mainville,** | **No. 19-cr-40075-HLT** |
| **United States v. Chanel Toliver,** | **No. 19-cr-40076-HLT** |
| **United States v. Damon Brown,** | **No. 19-cr-40077-HLT** |
| **United States v. Jason Simonds,** | **No. 19-cr-40078-HLT** |
| **United States v. Jerah Gasser,** | **No. 19-cr-40079-HLT** |
| **United States v. James Atkinson,** | **No. 19-cr-40080-HLT** |

## GOVERNMENT'S THIRD STATUS REPORT (RE: COURT'S PROTECTIVE ORDER[1])

**COMES NOW**, the United States of America, by and through Assistant United States Attorney, Skipper Jacobs, and provides the Court with its Third Status Report concerning the protective order(s) issued in the above-captioned cases.[2]

[1] *Clark et. al.*, at Doc. 74; *Patterson, et. al.*, at Doc. 177; *Henderson et. al.*, at Doc. 34; *Williams et. al.*, at Doc. 63; *Jonas et. al.* at Doc. 39; *Swinson,* at Doc. 18; *Thompson,* at Doc. 15; *Mainville,* at Doc. 15; *Toliver,* at Doc. 18; *Brown et. al.* at Doc. 19; *Simonds,* at Doc. 18; *Gasser,* at Doc. 21; *Atkinson,* at Doc. 16.

[2] *Id.*

The Court has issued protective orders in the above-captioned cases concerning five categories of materials identified as "Item 1" through "Item 5." With respect to the materials identified as "Item 1" and "Item 5" the government was obligated to provide the Court with a status report every sixty (60) days.

On or about November 5, 2019, the United States provided its First Status Report in the above cases informing the Court that "Item 1" materials no longer required redactions or deferral and were produced to the court appointed coordinating discovery attorney. In turn, the Court issued an amendment to the Protective Order removing the government's requirement to provide status updates with respect to Item 1 materials.

The materials identified as "Item 5" concern materials that, at the time of the government's application, were related to an ongoing investigation. Specifically, the Court authorized the government to defer discovery of all "Item 5" materials.

The government submits that deferral of "Item 5" materials is *no longer* required. The government intends to produce the materials once fully complied to the Coordinating Discovery Attorney, Russ Aoki, for dissemination in the above-captioned cases.

Respectfully submitted,

s/Skipper S. Jacobs
Skipper S. Jacobs, #26848
Assistant United States Attorney
444 SE Quincy, Suite 290
Topeka, KS 66683
Phone: (785) 295-2850
Fax: (785) 295-2853
Skipper.jacobs@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of February, 2020, I electronically filed the foregoing Motion with the Clerk of the Court by using the CM/ECF system which will send an electronic copy to counsel of record.

/s/Skipper S. Jacobs
Skipper S. Jacobs, #26848
Assistant United States Attorney